AACHEN & MUNICH FIRE INSURANCE COMPANY ET AL. V.
CITY OF OMAHA ET AL.

FILED JUNE 9, 1904.   No. 13,616.

ORIGINAL action to cancel municipal taxes.   *Dismissed.*

*Greene, Breckenridge & Kinsler,* for plaintiffs.

*C. C. Wright, contra.*

AMES, C.

This is an original action in this court; the object and
prayer of the petition in which is to procure a judgment
of this court canceling and annulling certain alleged levies
of taxes by the mayor and council of the city of Omaha
against or upon certain insurance companies doing busi-
ness in that city, on the ground that the assessments
upon which the levy was made are void.   In our opinion,
the subject matter is not within the jurisdiction of this
court.   By section 2, article VI of the constitution, this
court is given original jurisdiction of only "cases relating
to the revenue, civil cases in which the state shall be a
party, mandamus, quo warranto, habeas corpus," etc.
Evidently the word revenue as here used has no reference
to the revenues of municipal corporations, but to those only
which are required for the purposes of general state ad-
ministration.

We recommend, therefore, that the action be dismissed
at the costs of the plaintiffs.

LETTON and OLDHAM, CC., concur.

By the Court: For the reasons stated in the foregoing
opinion, it is ordered that the action be dismissed at the
costs of the plaintiffs.

DISMISSED.